AO 442 (Rev. 12/85) Warrant for Arrest                                    AUSA Bardfeld   S/A PATTERSON (FBI)

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

JOHN PALMER

## WARRANT FOR ARREST

CASE NUMBER: 00-6010-BSS

TO:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOHN PALMER__

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

knowingly attempting to persuade, induce, entice, and coerce an individual under 18 years old, to engage in sexual activity for which a person can be charged with a criminal offense, by using a facility and means of interstate commerce, that is a computer and modem with access to the Internet via America On-line and a telephone; and possession of child pornography

in violation of Title __18__ United States Code, Section(s) __2422(b); and 2252A(a)(5)__

BARRY S. SELTZER
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pre-Trial Detention

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

January 21, 2000 at FORT LAUDERDALE, FLORIDA
Date and Location

by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |