UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-1010-BSS

UNITED STATES OF AMERICA,

RECEIVED & FILED IN OPEN COURT
-26-00 AT
____, FLA.
Carlos Juenke, Clerk
U.S. District Court
Southern District of Florida

v.

NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD

John Palmer

COMES NOW ___Adam B. Swickle___, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 1/26/00

Attorney ___Adam B. Swickle___
Address ___633 SE 3rd Ave 4-F___
City ___Ft. Laud___ State ___FL___ Zip ___33301___
Telephone ___523-2100___
Florida Bar No. ___0062979___

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____