## COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER — FT LAUDERDALE

DEFT: John Palmer (surr)      CASE NO: 00-4010-BSS

AUSA: Larry Bardfeld *present*      ATTNY: Adam Swickle / Mike Smith standing in

AGENT:      VIOL:

PROCEEDING: Initial Appearance      BOND REC: PSB & CSB

BOND HEARING HELD — (yes)/no      COUNSEL APPOINTED:

BOND SET @ $25,000 Corp + $50,000 10% cash

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed. — *surr passport by tomorrow* — △ advised of charge
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or 1x a wk in person, x week by phone — △ sworn (PTS can change reporting requirements at later date)
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment — *not applicable*
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms — *must transfer or sell by Monday*
10) Curfew:
11) Travel extended to: SD/FL
12) Halfway House
    Electronic Monitoring

*Reside at current address, no illegal drugs or excessive alcohol*

* mental health assessment & treatment
* no use of internet
* no contact w/ children under 18 except for daughter

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL: 2-4-00   11:00am   LSS
STATUS CONFERENCE:

DATE: 1-26-00     TIME: 11:00am     TAPE # 00-008     PG # 4

2805-3290

FILED JAN 26 2000 — CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.