UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 5516

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-4010-BSS
                 ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION

Palmer, John
       Defendant

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 1-26-00   7:30 (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Sex Offense

(4) U.S. Citizen [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 7-26-32

(6) Type of Charging Document: (check one)
    [ ] Indictment   [✓] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/F/a

    COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ]YES   [ ]NO

Amount of Bond: $ 50,000 c/s /
Who set Bond: Seltzer

(7) Remarks: _____

(8) Date: 1-26-00   (9) Arresting Officer: _____

(10) Agency: FBI   (11) Phone: _____

(12) Comments: _____