LMB:ass

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. **00-6034 CR-ROETTGER**
18 U.S.C. § 2422
18 U.S.C. § 2252A
18 U.S.C. § 2253

**MAGISTRATE JUDGE SNOW**

FILED by _____ D.C.

FEB 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,  )
                           )
         Plaintiff,        )
                           )
     v.                    )
                           )
JOHN PALMER,               )
                           )
         Defendant.        )
_____)

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about January 4, 2000, until on or about January 7, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

JOHN PALMER,

did knowingly attempt to persuade, induce, entice and coerce an individual under eighteen years of age to engage in a sexual act for which any person can be charged with a criminal offense, by using a facility and means of interstate commerce, that is, a



computer and modem with access to the Internet, via America Online, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2

On or about January 7, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

JOHN PALMER,

did knowingly possess a computer and other material that contained three (3) or more images of child pornography that had been transported and shipped in interstate commerce by computer, and which were produced using materials that had been transported and shipped in interstate and foreign commerce, depicting minors engaging in sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE

Upon conviction for violating 18 U.S.C. §§ 2422 and 2252A, the defendant,

JOHN PALMER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

(a) any visual depiction described in Title 18, United States Code, Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, shipped or received in violation of Title 18, United States Code, Sections 2251 through 2258;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

Specific property to be forfeited includes, but is not limited to :

(1) a Hewlett Packard Notebook computer;

(2) a black computer carrying bag;

(3) a mouse;

(4) a power cord;

(5) an RCA video recorder/player;

(6) a Wave-com RF link receiver;

(7) a Magnavox alarm clock containing pinhole camera;

(8) a coaxial cable;

(9) electrical connections;

(10) 4 computer discs;

- 3 -

(11) 10 videotapes;

(12) whips and chains;

(13) adult sex toys;

(14) a bugging device;

(15) handcuffs;

(16) a rope; and

(17) an IBM-clone computer and two hard drives.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with; a third person;

(c)   has been placed beyond the jurisdiction of the Court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
FOREPERSON


_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    CASE NO. _____

v.

JOHN PALMER    **CERTIFICATE OF TRIAL ATTORNEY***

_____

**Court Division:** (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

**Superseding Case Information:**
New Defendant(s)     Yes ___  No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_
   List language and/or dialect    _English_

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days    _X_      Petty     ___
   II   6 to 10 days   ___      Minor     ___
   III  11 to 20 days  ___      Misdem.   ___
   IV   21 to 60 days  ___      Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?(Yes or No) _Yes_
   If yes:
   Magistrate Case No. _00-4010-BSS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _1/25/00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes ___ No

LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. 712450

*Penalty Sheet(s) attached    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# <u>PENALTY SHEET</u>

Defendant's Name: <u>JOHN PALMER</u>          No.:_____

Count # I:
<u>Attempting to Coerce and Entice a Minor into Engaging in a Sexual Act;</u>
<u>in violation of 18 U.S.C . § 2422(b)</u>

<u>*Max Penalty: Fifteen (15) years' imprisonment; $250,000 fine</u>

Count # II:
<u>Possession of Child Pornography ; in violation of 18 U.S.C. § 2252A</u>

<u>*Max Penalty: Five (5) years' imprisonment; $250,000 fine</u>

Count #:
_____

<u>*Max Penalty:</u>

Count #:
_____

<u>*Max Penalty:</u>

Count # :
_____

<u>*Max Penalty:</u>

**<u>*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.</u>**

REV. 12/12/96

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOHN PALMER

RECORD OF GRAND JURORS CONCURRING

CASE NUMBER:
Ind# 04055

I, the foreperson of the grand jury of this court, begun and held at Fort Lauderdale, Florida on the 25TH ᵉᵐᵇ ~~28th~~ day of November, 1998, hereby file with the clerk of the court as required by Rule 6(c), Federal Rules of Criminal Procedure, a record of the number of grand jurors concurring in finding an indictment in the above case, which record shall not be made public except upon order of the court:

_____20_____ grand jurors concurring.


__2/3/00__
Date

_Richard M. Sloan_
FGJ# 98-02                                    Foreperson.