COURT MINUTES

U. S. MAGISTRATE JUDGE **BARRY S. SELTZER** - FT. LAUDERDALE, FLORIDA

DEFT: JOHN PALMER (B)                     CASE NO:    00-6034-CR-ROETTGER

AUSA: LARRY BARDFELD                      ATTY:    ADAM SWICKLE

AGENT:                                    VIOL:

PROCEEDING ARRAIGNMENT                    RECOMMENDED BOND

BOND HEARING HELD - yes/no                COUNSEL APPOINTED

          BOND SET @

          SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS        x's a wk/month by phone;        x's a wk/month in person

3) Travel extended to:

Reading of indictment waived

Not Guilty plea entered

Jury trial demanded

Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

                          PTD/BOND HRG:

                          PRELIM/ARRAIGN:

                          REMOVAL HRG:        3-3

                          STATUS CONF:                    11    BSS

Date: 2-4-00     Time 11:00     FTL/BSS
                                TAPE #00- 011     Begin: 2199    End: 2268