UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6034-CR-ROETTGER

UNITED STATES OF AMERICA

vs

JOHN PALMER

ARRAIGNMENT INFORMATION SHEET

FILED by ___ D.C.
FEB - 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on FEBRUARY 4, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered.  Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:                Address:  ON BOND FORM _____

                          _____

                          Telephone:_____

DEFENSE COUNSEL:          Name:____ ADAM SWICKLE, ESQ. _____

                          Address:_____

                          _____

                          Telephone:_____

BOND SET/CONTINUED:       $_____

Bond hearing held:  yes_____   no____  Bond hearing set for_____

Dated this__4TH____day of __FEBRUARY_____,2000.

                          CLARENCE MADDOX
                          COURT ADMINISTRATOR/CLERK OF COURT

                          By:_____
                          Deputy Clerk

                          Tape No._____00- 011_____

cc: Copy for Judge
    U. S. Attorney