HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __JOHN PALMER__                    CASE NO: __00-6034-CR-ROETTGER__

AUSA __LARRY BARDFELD__ /Cora           ATTY __ADAM SWICKLE__ — pres

*disc out — no outstanding motions*
*Motions due 3/31*                                              00-010 @ 2130

DEFT __DERRICK ANDERSON__               CASE NO: __00-6040-CR-ZLOCH__

AUSA __TERRY THOMPSON__ — pres          ATTY __FPD Gary Kollin__

Alvin Entin, Esq. for Richardo James    *disc out today @ 2259*

~~Kathleen Cooper Grilli~~, Esq. for Dairel Worrell

DEFT __Kenneth Hassett__                CASE NO: __Motions due 3/24__

AUSA_____     ATTY_____


DEFT_____     CASE NO:_____

AUSA_____     ATTY_____


DEFT_____     CASE NO:_____

AUSA_____     ATTY_____


DEFT_____     CASE NO:_____

AUSA_____     ATTY_____


DATE __MARCH 3, 2000__                  TIME __11:00__

15/DM