UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6034-CR-ROETTGER

UNITED STATES OF AMERICA,       :

       Plaintiff,               :

v.                              :

JOHN PALMER,                    :

       Defendant.               :
_____

FILED by _____ D.C.
MAR - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

A status conference was held in this cause on March 3, 2000. At that conference, the parties informed the Court as follows:

1. Discovery was provided at the status conference, and transcripts will be completed soon.

2. A request by defense counsel to extend time for motions until March 31, 2000, was granted.

DATED at Fort Lauderdale, Florida, this 7th day of March, 2000.

                                         LURANA S. SNOW
                                    CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Larry Bardfeld (FTL)
Adam Swickle, Esq.