UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
Case No.:  00-6034-CR-ROETTGER

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

JOHN PALMER,
    Defendant.
_____/

## DEFENDANT PALMER'S MOTION FOR EXTENSION OF TIME

    The Defendant, JOHN PALMER, by and through undersigned counsel, without objection from the government, respectfully moves this Court to grant an extension of time within which to file pretrial motions, and as grounds therefore says:

1. The government has timely filed its Discovery Response, however, the government recently provided the defense with a Supplemental Discovery Response.

2. Additionally, undersigned counsel is awaiting copies of audiotapes which have been requested pursuant to the initial Discovery Response.

3. Counsel needs additional time within which to investigate this matter and to thoroughly digest the Discovery provided to the defense in order to properly research and prepare any appropriate pretrial motions.



4.  Pursuant to Local Rule, office of undersigned counsel has attempted to discuss this matter with AUSA, Larry Bardfeld, but he was unavailable to confer.

WHEREFORE, based upon the above and foregoing, the Defendant respectfully requests this Honorable Court to grant an extension of time to and including thirty (30) days from the date of the entry of its Order hereon within which to file defense motions.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following on this 29th day of March, 2000 to Larry Bardfeld, Esquire, U.S. Attorney's Office, 500 East Broward Blvd. 7th Floor, Fort Lauderdale, Florida 33394.

_____
ADAM B. SWICKLE
Attorney for Respondent
633 Southeast Third Avenue, Suite 4-F
Fort Lauderdale, FL 33301
(954) 523-2100
Florida Bar Number: 0062979

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
Case No.: 00-6034-CR-ROETTGER

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

JOHN PALMER,
    Defendant.
_____/

## ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

THIS CAUSE having come before this Court upon the Defendant's Motion for Extension of Time to File Pretrial Motions, the Court having considered this matter and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the said Motion is **GRANTED**. Defendant Palmer's Pretrial motions shall be filed on or before _____, 2000.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this ____ day of March, 2000.

                                HONORABLE NORMAN C. ROETTGER
                                SR. UNITED STATES DISTRICT JUDGE

cc:   Larry Bardfeld, Esquire
      Adam B. Swickle, Esquire