UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
Case No.: 00-6034-CR-ROETTGER

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

JOHN PALMER,
    Defendant.
_____/

### DEFENDANT PALMER'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME

The Defendant, JOHN PALMER, by and through undersigned counsel, without objection from the government, respectfully moves this Court to grant an extension of time within which to file pretrial motions, and as grounds therefore says:

1. The government has timely filed its Discovery Response with a Supplemental Discovery Response.

2. Counsel needs additional time within which to investigate this matter and to thoroughly digest the Discovery provided to the defense in order to properly research and prepare any appropriate pretrial motions.

3. As this court may recall, this case involves the use of computer-transferred images which requires the utilization of experts to help explain the technicalities of the crime charged.

4. Additionally, undersigned counsel and the government are involved in on-going negotiations with a view towards resolving this matter without the necessity of a trial and in an attempt to resolve all pretrial motions amicably.

5. Pursuant to Local Rule, undersigned counsel has discussed this matter with AUSA, Larry Bardfeld, who stated the government does not oppose the relief herein sought.

WHEREFORE, based upon the above and foregoing, the Defendant respectfully requests this Honorable Court to grant an extension of time to and including thirty (30) days from the date of the entry of its Order hereon within which to file defense motions.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following on this 20th day of April, 2000 to Larry Bardfeld, Esquire, U.S. Attorney's Office, 500 East Broward Blvd. 7th Floor, Fort Lauderdale, Florida 33394.

_____
ADAM B. SWICKLE
Attorney for Respondent
633 Southeast Third Avenue, Suite 4-F
Fort Lauderdale, FL  33301
(954) 523-2100
Florida Bar Number: 0062979