UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6034-CR-ROETTGER



UNITED STATES OF AMERICA,          :

    Plaintiff,                     :

vs.                                :

JOHN PALMER,                       :

    Defendant.                     :
_____

### ORDER ON MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court on the defendant's Motions for Extension of Time (DE 17 & 18), which was referred to United States Magistrate Judge, Lurana S. Snow, for disposition. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motions are GRANTED. Counsel for the defendant shall have until June 8, 2000, within which to file pretrial motions.

DONE AND ORDERED at Fort Lauderdale, Florida, this ____ day of May, 2000.

                                    _____
                                    LURANA S. SNOW
                                    UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Larry Bardfeld (FTL)
Adam Swickle, Esq.