UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
Case No.: 00-6034-CR-ROETTGER

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

JOHN PALMER,
    Defendant.
_____/



## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

The Defendant, JOHN PALMER, by and through undersigned counsel, without objection from the government, respectfully moves this Court to grant a continuance of the May 30, 2000, trial date and as grounds therefore says:

1. That trial is set in this matter for May 30, 2000 at 10:00am.

2. This is the first time this matter has been set for trial and the Defendant has been fully advised and is prepared to waive his right to a speedy trial.

3. That undersigned counsel previosly filed Defendant Palmer's Unoposed Second Motion For Extension Of Time on April 20, 2000. Said motion was granted by United States Magistrate Judge, Lurana S. Snow giving undersigned until June 8, 2000, within which to file pretrial

motions.[1]

4. Undersigned counsel and AUSA Larry Bardfeld, Esq., have worked dillegently at achieving a resolution in this matter and believe that a relolution will be achieved without the necessaty of a trial.

5. That additional time is required to complete the research needed to obtain a resolution in this matter.

6. Undersigned attorney has filed Defendant's Unopposed Motion To Modify Conditions Of Bond in order to permit Mr. Palmer to travel outside the Southern District of Florida to resolve a long-standing lawsuit via court ordered mediation. Said motion is currently under review by United States Magistrate Judge , Laura S. Snow.

7. That this matter will be ripe for a Plea in the final week of June 2000.

8. Pursuant to Local Rule, undersigned counsel has discussed this matter with AUSA, Larry Bardfeld, who stated the government does not oppose the relief herein sought.

WHEREFORE, based upon the above and foregoing, the Defendant respectfully requests this Honorable Court to grant a short continuance in this matter and to set this matter for a change of plea no earlier than the last week in June 2000.

---

[1] A copy of said order marked ``Exhibit A'' is attached hereto and made apart hereof.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following on this 24th day of May, 2000 to Larry Bardfeld, Esquire, U.S. Attorney's Office, 500 East Broward Blvd. 7th Floor, Fort Lauderdale, Florida 33394.

_____
ADAM B. SWICKLE
Attorney for Respondent
633 Southeast Third Avenue, Suite 4-F
Fort Lauderdale, FL 33301
(954) 523-2100
Florida Bar Number: 0062979

"Exhibit A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6034-CR-ROETTGER



UNITED STATES OF AMERICA,    :

    Plaintiff,    :

vs.    :

JOHN PALMER,    :

    Defendant.    :

_____

## ORDER ON MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court on the defendant's Motions for Extension of Time (DE 17 & 18), which was referred to United States Magistrate Judge, Lurana S. Snow, for disposition. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motions are GRANTED. Counsel for the defendant shall have until June 8, 2000, within which to file pretrial motions.

DONE AND ORDERED at Fort Lauderdale, Florida, this 9th day of May, 2000.

                       LURANA S. SNOW
                       UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Larry Bardfeld (FTL)
Adam Swickle, Esq.