UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
Case No.: 00-6034-CR-ROETTGER

UNITED STATES OF AMERICA,
Plaintiff,

vs.

JOHN PALMER,
Defendant.
_____/



FILED by _____ D.C.

MAY 2 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TRAVEL
~~TO MODIFY CONDITIONS OF BOND~~

The Defendant, JOHN PALMER, having filed a Motion to Modify Conditions
of Bond, /deemed a Motion to Travel
and the Court having reviewed the file and being otherwise duly advised in the premises, it is thereupon

ORDERED AND ADJUDGED that the Motion be and the same is **GRANTED**. The Defendant shall be permitted to travel to St. Thomas to attend mediation during the week of June 1, 2000, through June 12, 2000. The Defendant shall reside at the Renaissance Hotel (1-340-775-1510). The Defendant shall provide pretrial services with an itinerary prior to traveling. All other conditions of bond are otherwise unchanged.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this 26 day of March, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc:   Larry Bardfeld, Esquire
      Adam B. Swickle, Esquire
      Jim Jamros, Pretrial Services

