UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
Case No.: 00-6034-CR-ROETTGER

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

JOHN PALMER,
    Defendant.
_____/

### DEFENDANT'S UNOPPOSED
### MOTION TO MODIFY CONDITIONS OF BOND

Defendant, JOHN PALMER, through undersigned appointed counsel, without objection by the government, respectfully moves this Court to modify the conditions of his release on bond, and as grounds therefor states the following:

1. Mr. Palmer has been charged by Indictment and was released on a $50,000 10% Bond.

2. As a standard condition of pretrial release Mr. Palmer is not permitted to travel outside the Southern District of Florida without prior approval of the Court.

3. The Mr. Palmer is a Plaintiff in a civil suit in the Territorial Court of the Virgin Islands of St. Thomas and St. John. This case has been referred to mediation and mediation is scheduled for the week of June

     5, 2000, through June 9, 2000. (Please see copy of Mediation Referral attached hereto.)

4. Mr. Palmer requests permission to travel to St. Thomas to attend this mediation. If permitted to travel, the Mr. Palmer would be flying via American Airlines. Mr. Palmer would leave June 1, 2000, and return on June 12, 2000. Mr. Palmer requests these travel dates to significantly reduce the cost of airfare.

5. If permitted to travel, Mr. Palmer would be residing at the Renaissance Hotel in St. Thomas (1-340-775-1510).

6. Undersigned counsel has discussed this matter with AUSA, Larry Bardfeld, Esquire, who has no objection to the Defendant's travel as outlined above.

7. Office of undersigned counsel has discussed this matter with Pretrial Service Officer Jim Jamros, who stated he has no objection to the relief herein sought.

WHEREFORE, based on the above and foregoing, the Defendant, JOHN PALMER respectfully requests this Honorable Court to enter an Order granting the relief herein sought.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following on this 22nd day of May, 2000 to Larry Bardfeld, Esquire, U.S. Attorney's Office, 500 East Broward Blvd. 7th Floor, Fort Lauderdale, Florida 33394 and to Jim Jamros, U.S. Pretrial Services, 299 East Broward Blvd., Fort Lauderdale, Florida 33301

_____
ADAM B. SWICKLE
Attorney for Respondent
633 Southeast Third Avenue, Suite 4-F
Fort Lauderdale, FL 33301
(954) 523-2100
Florida Bar Number: 0062979

3