UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: OO-6034-CR-ROETTGER

Vs.

JOHN PALMER,
_____/

TO:  Laurence M. Bardfeld
     Assistant United States Attorney
     500 East Broward Blvd. Suite 700
     Ft. Lauderdale, Florida 33394

### NOTICE OF CHANGE OF ADDRESS

COMES NOW, ADAM B. SWICKLE, ESQ., attorney's in the above styled matter and files this Notice of Change of Address, effective August 28, 2000, and requests all future documents and pleadings be sent to:

ADAM B. SWICKLE, ESQ.
SWICKLE, THOMAS, & ROSENBLUM, P.A.
110 EAST BROWARD BLVD. SUITE 680
FT. LAUDERDALE, FL. 33301
(954) 524-6662: Phone
(954) 524-6664: Fax

### CERTIFICATION

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the above addressee on this 28th day of August, 2000.

ADAM B. SWICKLE, ESQ.
SWICKLE, THOMAS, & ROSENBLUM, P.A.
110 East Broward Blvd. Suite 680
Ft. Lauderdale, Florida 33301
FBN: 0062979