UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
Case No. : 00-6034-CR-ROETTGER

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JOHN PALMER,
    Defendant,
_____/



### DEFENDANT'S UNOPPOSED
### MOTION TO MODIFY CONDITIONS OF BOND

Defendant, JOHN PALMER, through the undersigned attorney, without objection by the government, respectfully moves this Court to modify the conditions of his release on bond, and as grounds therefore states the following:

1. Mr. Palmer has been charged by Indictment and was release on a $50,000.00 10% Bond.

2. As a standard condition of pretrial release, Mr. Palmer is not permitted to travel outside the Southern District of Florida without prior approval of the Court.

3. Mr. Palmer is a Defendant in a civil suit in State Court of Gwinnett County in Atlanta, Georgia. This case has been scheduled to be tried during the two week period commencing October 30, 2000 and November 6, 2000. (Please see a copy of the Notice of Trial Date attached hereto).

4. Mr. Palmer requests permission to travel to Atlanta Georgia to attend this trial. If permitted to travel. Mr. Palmer would leave on Saturday, October 28, 2000, and return on November 7, 2000.

5.  If permitted to travel, Mr. Palmer would be residing at 3341 Cross Road, Buford, Georgia 30519 (770-831-9113).

6.  Undersigned counsel has discussed this matter with AUSA, Larry Bardfield, Esquire, who has no objection to the Defendant's travel as outlined above.

7.  Office of undersigned counsel has discussed this matter with Pretrial Services Officer Jim Jamros, who stated he has no objection to the relief herein sought.

WHEREFORE, based on the above and foregoing, the Defendant, JOHN PALMER respectfully requests this Honorable Court to enter an Order granting the relief herein sought.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following on this 25th day of October, 2000 to Larry Bardfield, Esquire, U.S. Attorney's Office, 500 East Broward Blvd, 7th Floor, Fort Lauderdale, Florida 33394 and to Jim Jamros, U.S. Pretrial Services, 299 East Broward Blvd, Fort Lauderdale, Florida 33301.

ADAM B. SWICKLE
Attorney for Defendant
SWICKLE, THOMAS & ROSENBLUM, P.A.
110 E. Broward Blvd, Suite 680
Ft .Lauderdale, Florida 33301
(954) 524-6662
Florida Bar No: 0062979