UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
Case No. : 00-6034-CR-ROETTGER



UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JOHN PALMER,
    Defendant,
_____/

## ORDER ON DEFENDANT'S MOTION TO MODIFY CONDITIONS OF BOND

THIS CAUSE having come before this Court upon the Defendant's Unopposed Motion to Modify Conditions of Bond, the Court having considered this matter and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the said Motion is **GRANTED**. Defendant Palmer is hereby permitted to travel to Atlanta Georgia on October 28, 2000, returning on November 7, 2000. The Defendant will be residing at 3341 Cross Road, Buford, Georgia 30519.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this 25th day of October, 2000.

BARRY SELTZER
UNITED STATES MAGISTRATE JUDGE

cc:   Larry Bardfeld, Esquire
      Adams B. Swickle, Esquire

