HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

NOV 2 0 2000

## COURT MINUTES

Case No.: _00- 6034 - CR-NCK_  Date: _11/20/00_

Courtroom Clerk: _P. Hart_  Court Reporter: _Bevis_

Probation Officer: _____  Interpreter: _____

Plaintiff(s): _U. S. A._  Counsel: _Bice_

Defendant(s): _G. Palmer_  Counsel: _A. Swickle_

Reason For Hearing: _Plea_

Result of Hearing/Judgment: _Δ plead & adj. as guilty. PSI ordered. sent. set Jan 24, 2001 at 2:00 p.m. Bond cont'd. til sent._

Misc.: _____