UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
Case No. : 00-6034-CR-ROETTGER



UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JOHN PALMER,
    Defendant,
_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUANCE

Defendant, JOHN PALMER, through the undersigned attorney, without objection by the government, respectfully moves this Court to continue sentencing scheduled for January 26, 2001, and as grounds therefore states the following:

1. That additional time is required to adequately prepare for sentencing.

2. The Defendant was out town in Georgia with permission from this Court from December 11, until December 25, 2000, in a Civil Action. The undersigned attorney has not been able to meet with his client to prepare for the upcoming sentencing hearing.

3. Undersigned counsel is scheduled to travel to Orlando on January 26, 2001, to take the deposition of the victim in <u>State v. Alloy Lewin,</u> Broward County Case No. 00-5384 CF10A.

4. Undersigned counsel has discussed this matter with AUSA, Larry Bardfeld, who has no objection to the Defendant Motion for Continuance as outlined above.

WHEREFORE, the undersigned requests that the hearing scheduled for January 26, 2001 be continued for two (2) weeks.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Larry Bardfeld, Esquire, U.S. Attorney's Office, 500 East Broward Blvd, 8th Floor, Fort Lauderdale, Florida 33394 and to Jim Jamros, U.S. Pretrial Services, 299 East Broward Blvd, Fort Lauderdale, Florida 33301 on this 10th day of January, 2001.

_____
ADAM B. SWICKLE
Attorney for Defendant
SWICKLE, THOMAS & ROSENBLUM, P.A.
110 E. Broward Blvd, Suite 680
Ft. Lauderdale, Florida 33301
(954) 524-6662
Florida Bar No: 0062979