UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
Case No. : 00-6034-CR-ROETTGER

UNITED STATES OF AMERICA,
Plaintiff,

vs.

JOHN PALMER,
Defendant,
_______________________________/

FILED BY ___ D.C.
2001 JAN 16 PM 3:03
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

**DEFENDANT'S AMENDED UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND**

Defendant, JOHN PALMER, through the undersigned attorney, without objection by the government, respectfully moves this Court to modify the conditions of his release on bond, and as grounds therefore states the following:

1. Mr. Palmer has been charged by Indictment and was release on a $50,000.00 10% Bond.

2. As a standard condition of pretrial release, Mr. Palmer is not permitted to travel outside the Southern District of Florida without prior approval of the Court.

3. Mr. Palmer is a Defendant in a civil suit in State Court of Gwinnett County in Atlanta, Georgia. This case has been scheduled to be tried during the two week period commencing January 29, 2001 and Februray 10, 2001. (Please see a copy of the Notice of Trial Date attached hereto).

4. Mr. Palmer requested permission to travel to Atlanta Georgia to attend this trial. This Court, on October 25, 2000, and December 8, 2000 permitted Mr. Palmer to travel.

37

5. Mr. Palmer is currently residing at 3341 Cross Road, Buford, Georgia 30519 (770-831-9113).

6. Undersigned counsel has discussed this matter with AUSA, Larry Bardfield, Esquire, who has no objection to the Defendant's travel as outlined above.

7. Office of undersigned counsel has discussed this matter with Pretrial Services Officer Jim Jamros, who stated he has no objection to the relief herein sought.

WHEREFORE, based on the above and foregoing, the Defendant, JOHN PALMER respectfully requests this Honorable Court to enter an Order granting the relief herein sought.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following on this 16th day of January, 2001 to Larry Bardfield, Esquire, U.S. Attorney's Office, 500 East Broward Blvd, 8th Floor, Fort Lauderdale, Florida 33394 and to Jim Jamros, U.S. Pretrial Services, 299 East Broward Blvd, Fort Lauderdale, Florida 33301.

ADAM B. SWICKLE
Attorney for Defendant
SWICKLE, THOMAS & ROSENBLUM, P.A.
110 E. Broward Blvd, Suite 680
Ft .Lauderdale, Florida 33301
(954) 524-6662
Florida Bar No: 0062979

For Adam

LAW OFFICES
CRIM & BASSLER, L.L.P.
100 GALLERIA PARKWAY
SUITE 1010
ATLANTA, GEORGIA 30339

CANDLER CRIM, JR.
HARRY W. BASSLER
THOMAS S. BECHTEL
JOSEPH M. MURPHEY
MITCHEL D. EVANS
JAMES C. ALLEN
AMY S. WILLIAMSON
EDWARD D. MORRISON
SPENCER A. BOMAR

TELEPHONE
(770) 955-1010

TELECOPIER
(770) 955-6876

January 11, 2001

# NOTICE OF TRIAL DATE

Mr. John Palmer
3341 Cross Road
Buford, GA 30519

Re: Enterprise Leasing Company of Georgia v. John Palmer
State Court of Gwinnett County
Civil Action File No.99-C-3049-4
Our File No: 99-307

Dear Mr. Palmer:

This is to inform you that the above-referenced case has been scheduled to be tried during the one week period beginning **Monday, January 29, 2001; Position 1; in front of Judge Hamil; in the State Court of Gwinnett County**. It will be necessary for you to appear in court and testify in this case.

**Our file indicates your home telephone number is (770)831-9113. If this is incorrect or changes, please contact our office immediately.**

The court does not set an exact day and time for your case to be heard. You will need to be "on call" and available to go to court when we notify you. *Your case can be called for trial at any time during this calendar.* Your court date is not a date that can be rescheduled or missed for any reason.

If you anticipate that it will be difficult for our office to get in touch with you, I suggest that you call our office and check in on a daily basis, preferably during the hours of 9:00 a.m. to 10:00 a.m. In some cases we only have one hour to reach you and have you at the courthouse to give your testimony. *It is extremely important that we be able to get in touch with you very quickly.*

Thank you very much for your cooperation.

With best regards.

Very truly yours,

CRIM & BASSLER, L.L.P.

Caroline Dunn

Caroline Dunn
Paralegal for
Thomas S. Bechtel




## PRICING INFORMATION

Passengers: 1
Base Fare: **$273.00**
Segment tax & PFC's: **$11.50**
Total: **$284.50**

## PASSENGER INFORMATION

Note: The name(s) of the passenger(s) entered on this form must match the photo ID(s) presented at check-in.

**Passenger 1**

First Name: John

Last Name: Palmer

## PURCHASER INFORMATION

Flight # 110

***Coach Class Nonstop***

Fare: $112.00
Segment tax & PFC's: $5.75
Cost: $117.75
per passenger

Ft. Lauderdale, FL **Depart 5:45pm, Jan 27, 2001**

Atlanta, GA **Arrive 7:45pm**

*Total for 1 Passenger(s):* **$117.75**

---

Flight # 190

***Coach Class Nonstop***

Fare: $161.00
Segment tax & PFC's: $5.75
Cost: $166.75
per passenger

Atlanta, GA **Depart 1:35pm, Feb 10, 2001**

Ft. Lauderdale, FL **Arrive 3:20pm**

Total for 1 Passenger(s): **$166.75**

[ schedules & reservations | route map | internet specials ]
[ deals & discounts | a-plus rewards | vacations | travel policies ]
[ about us | privacy policy ]

For Reservations, call your travel agent or 1-800-AIRTRAN.



RECEIVED
JAN 08 2001
CRIM & BASSLER, LLP

Palmer
99-307

STATE COURT OF GWINNETT COUNTY
JUDGE R. TIMOTHY HAMIL - DIVISION IV COURTROOM 2A
JURY TRIAL CALENDAR FOR THE WEEK OF JANUARY 29, 2001

The above term of Gwinnett State Court will convene Monday, January 29, 2001, for disposition of Civil Cases hereinafter listed. The cases will be called and tried in the order listed.

[redacted]. Telephone announcements should include the following: 1. Case No.; 2. Plaintiff/Defendant reporting; 3. If case is ready for trial; 4. Estimated length of trial; 5. If court reporter is needed; 6. Name and telephone number of attorney trying the case.

**CONTINUANCES:**
Pursuant to Rule 8.5 of the Uniform State Court Rules, continuances WILL NOT BE GRANTED MERELY BY AGREEMENT OF COUNSEL OR BY TELEPHONE. This Court requires that all requests for continuance must be submitted, in pleading form, and must be received by the Court at least five (5) days prior to the call of the calendar. If mailed, send to address listed below. Requests shall contain at least the following information: Reason for requesting the continuance; length of time to be continued (i.e. 30, 60, 90 days); if opposing counsel or party agrees to continuance; if continuances have previously been granted, to which party and for what reason; an Order for Judge Hamil's signature in the event the request is granted. It is the responsibility of the requesting party to ascertain if continuance has been granted and to notify all parties. Note: Continued cases will lose calendar position.

**APPEARANCE OF COUNSEL:**
Pursuant to Rule 8.4 of the Uniform State Court Rules, the parties and counsel in the first five (5) actions on this calendar shall appear ready for trial on Monday, unless otherwise directed by the Court. Should any of the first five (5) actions settle or otherwise be removed from the Calendar, the next one in sequence shall be moved up. Counsel and/or Pro Se litigants are directed to call 770/822-8547 after 5:00 p.m. on Friday before the week of Jury trials for a list of the five (5) cases to appear on the following Monday. Parties in all other actions on the calendar are expected to be ready for trial and will be subject to TWO HOUR NOTICE. Counsel and parties must be able to respond and appear in Court within two (2) hours from the call. There will be a recording daily after 5:00 p.m. for the cases which need to appear the following day. Each attorney/party will need to contact 770/822-8547 daily after 5:00 p.m. for an update.

**DISMISSALS AND SETTLEMENTS:**
It is required by this Court that any dismissal or settlement announcement will be submitted to the clerk and a copy forwarded to Carla Densmore at the address listed below, in writing, within ten (10) days from the call of the calendar or the terms of such agreement shall be dictated to the court reporter and made a part of the record or the case may be DISMISSED FOR WANT OF PROSECUTION.

This calendar approved and ordered published this 5 day of January, 2001.

[signature]
R. TIMOTHY HAMIL, Judge
State Court of Gwinnett County

FOR ASSISTANCE, PLEASE CONTACT CARLA DENSMORE
75 LANGLEY DRIVE, LAWRENCEVILLE, GEORGIA 30045
Phone 770/822-8547 Fax 770/822-8536