UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
Case No. : 00-6034-CR-ROETTGER

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JOHN PALMER,
    Defendant,

_____/

### NOTICE OF FILING

Defendant, **JOHN PALMER**, by and through his undersigned counsel, hereby gives

notice of filing of Letter of Acceptance of Responsibility.

I hereby certify that a copy of the foregoing served by hand delivery to U.S. Clerk's

Office, 299 East Broward Blvd, Fort Lauderdale, Florida 33394 and to Frank E. Smith U.S.

Probation Officer, Federal Courthouse Building, 299 E. Broward Blvd, Room 409, Fort Lauderdale,

Florida 33394 this 19th day of January, 2001

SWICKLE, THOMAS & ROSENBLUM, P.A.
ADAM B. SWICKLE, ESQ.
110 East Broward Blvd, Suite 680
Fort Lauderdale, Florida 33301
(954) 524-6662
FBN:0062979

*VIA HAND DELIVERY*

*January 19, 2000*

The Honorable Norman C. Roettger
299 E. Broward Blvd., Room 205-F
Fort Lauderdale, Florida 33301

### Re:    UNITED STATES OF AMERICA V. JOHN PALMER
Docket No. 00-6034-Cr-Roettger
Letter Of Acceptance Of Responsibility

Dear Judge Roettger,

Let me begin by expressing my most profound apologies for my actions that bring me before you. Before I explain the circumstances surrounding my actions, I would like to give a brief history of my life prior to reaching this stage.

Prior to the incident to which I have pled guilty, I had a long battle with alcoholism that I believed I had overcome. In addition, I was molested as a child and never received the proper treatment in order to overcome the damage caused by such molestation. When I was young, my parents got a divorce that resulted in my moving to Nevada from New York. When I was 14, I was arrested in Nevada for "joy riding" with friends and was later sent to a child reformatory. Subsequently, I was removed from that facility and taken back to New York by my grandparents who raised me until their death when I was about 18-years-old.

Prior to my current employment selling CD memory, I attended New York University and C.W. Post where I majored in psychology but did not graduate. I gave up college and began working in hotels in an accounting capacity until 1977. In 1977, I moved to the Virgin Islands where I opened my own charter sailing business but lost everything after a devastating hurricane hit the Islands in 1995. I then moved to Florida where I got married for the third time and currently have an 8-year-old daughter and a strong supportive wife to whom I have been married for 23 years.

Prior to this incident, my business began to slow and I began to drink heavily, believing that I was unable to provide for my wife and daughter as a 68-year-old father and husband should. As a result, I found myself spending countless hours in front of my computer and became more interested in exploring the Internet. As I spent more time exploring the Internet, I discovered Chat Rooms and began bantering back and forth with various individuals. As I spent more time in these Chat Rooms, I became mesmerized by the many conversations that took place in these rooms and found myself almost infatuated with these conversations. During this time, I felt extremely depressed and began conversing with anyone I could on the Internet, including children. As a result, I engaged in conduct that has led me to this low point of my life.

I am not offering this explanation as an excuse or justification for my actions. To the contrary, I accept full responsibility for my actions and freely admit to the conduct to which I have pled guilty.

Specifically, between January 4, 2000, and January 7, 2000, I logged on to my computer and made contact with an individual who used the screen name, RICHIE0961. At that time, I

used the screen name GOODDADDY9999 and believed I was conversing with a 14-year-old boy. I further admit that I had numerous conversations with RICHIE0961 in which I used vulgar and explicit language. On January 4, 2000, I called the telephone number given to me by RICHIE0961 and spoke to a person I believed to by a young boy under the age of 18. I agreed to meet with RICHIE0961 online the next day but was only able to send an e-mail.

On January 7, 2000, I arrived at a pre-arranged meeting place located at the Imperial Point Park (6401 North Federal Highway Ft. Lauderdale, Florida) for the purpose of meeting RICHIE0961. When I arrived, I was met by numerous officers and arrested for the current offenses.

Subsequent to my arrest, I agreed to allow Detective Love to search a motel room that I had rented where he found my notebook computer and sex paraphernalia. In my computers files at the motel and at my residence, I had photographs depicting persons under the age of 18 year-old engaging in actual or simulated sexual activity. In addition, I freely and completely admit that I attempted to persuade RICHIE0961 to engage in sexual acts by conversing with him over my computer and on the telephone.

Let me conclude that I am truly sorry for the actions I have taken. I am not only embarrassed and ashamed; however, I am also pained at the hurt I have caused my family. In addition, I am fully prepared to accept whatever punishment your Honor believes is appropriate and necessary given my actions.

Sincerely,

John Palmer