HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by _____ D.C.
2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 00-6034-CR-NCR  Date: 1/26/01
Courtroom Clerk: Y. Hart  Court Reporter: Reeves
Probation Officer: Present  Interpreter: _____
Plaintiff(s): U.S.A.  Counsel: Kirschfeld

Defendant(s): J. Palmer (B)  Counsel: A. Swickle

Reason For Hearing: Sentencing

Result of Hearing/Judgment: A mot. downward dep. Denied. No fine imposed. 37 mos. Ct #1. 3 yrs S.R., assessed $100.00. No unsupervised contact w/ children under age of 18. Part. sexual offender treatment, mental health
Misc.: & substance abuse, co-payment. Exec of confinement deferred to 3/27/01 at noon.