UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
Case No. : 00-6034-CR-ROETTGER

UNITED STATES OF AMERICA,
  Plaintiff,

vs.

JOHN PALMER,
  Defendant,
_____/

## DEFENDANT'S EMERGENCY MOTION FOR EXTENSION OF TIME TO SURRENDER

Defendant, JOHN PALMER, through the undersigned attorney, without objection by the government, respectfully moves this Court to grant Defendant's Emergency Motion for Extension of Time to Surrender, and as grounds therefore states the following:

1. Mr. Palmer was sentenced on or about January 26, 2001 he was given sixty (60) make arrangements for his surrender on March 26, 2001.

2. On Monday, March 26, 2001, the undersigned was contacted by Mr. Palmer and advised that the property that was to be sold so that his family has support while he is incarcerated is expected to be sold within in the next two weeks.

3. The undersigned has been unable to contact Mr. Jamros at PreTrial and Larry Barfield at the United States Attorneys Office to discuss this matter.

WHEREFORE, based on the above and foregoing, the Defendant, JOHN PALMER respectfully requests this Honorable Court to enter an Order granting the relief herein sought.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following on this 26th day of February, 2001 to Larry Bardfield, Esquire, U.S. Attorney's Office, 500 East Broward Blvd, 8th Floor, Fort Lauderdale, Florida 33394 and to Jim Jamros, U.S. Pretrial Services, 299 East Broward Blvd, Fort Lauderdale, Florida 33301.

ADAM B. SWICKLE
Attorney for Defendant
SWICKLE, THOMAS & ROSENBLUM, P.A.
110 E. Broward Blvd, Suite 680
Ft .Lauderdale, Florida 33301
(954) 524-6662
Florida Bar No: 0062979