| | |
|---|---|
| UNITED STATES OF AMERICA, | **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF FLORIDA** |
| Plaintiff, | Case No.:00-6034-CR-ROETTGER |
| v. | |
| JOHN PALMER, | **ORDER** |
| Defendant._____/ | |

FILED by _____ D.C.

 2 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**THIS CAUSE** is before the Court on Defendant's Emergency Motion for Extension of Time to Surrender in this cause. Upon consideration of the motion and the record in this cause, it is

**ORDERED AND ADJUDGED** that Defendant's Emergency Motion for Extension of Time to Surrender in this cause is **GRANTED**. Defendant Palmer's reporting date is hereby extended such that Defendant Palmer is to report, as specified in the Judgment and Commitment Order, on April 11, 2001 at noon instead of March 27, 2001. The terms of the Judgment and Commitment Order of this Court remain the same in all other respects.

**DONE AND ORDERED** this **26** day of ___**Mar**___, 2001.

_____
NORMAN C. ROETTGER
**UNITED STATES DISTRICT COURT JUDGE**

cc: counsel of record