UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
Case No. : 00-6034-CR-ROETTGER



UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JOHN PALMER,
    Defendant,
_____/

## UNOPPOSED MOTION FOR RETURN OF BOND AND FOR RELEASE OF COLLATERAL

Defendant, JOHN PALMER, by and through the undersigned attorney, without objection by the Government, respectfully moves this Court for an Order returning the cash bond and releasing the collateral posted for the bond, and as grounds therefore states the following:

1. On or about January 4, 2000, the defendant was arrested and subsequently charged with violating Title 18, U. S. C. § 2422(b) and § 2252A (a)(5).

2. That on or about January 26, 2000, United States Magistrate Barry Seltzer, Southern District of Florida, set bond in the amount of $25,000 corporate surety and a $50,000, 10 %, with the conditions that 10 % of the bond, in the amount of $5,000 be deposited with Clerk of Court. Attached hereto, to be made a part hereof and incorporated herein as Composite Exhibits " A", "B" and "C" are photocopies of the Standard Conditions of Bond and Certificate of Discharge of Bond.



3. The defendant's wife, Berndette Palmer, has executed an irrevocable bond assignment, irrevocably assigning to Adam B. Swickle, Esquire, whose Social Security Number is 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, the amount she deposited with the Clerk as collateral for the bond, plus interest accrued. A copy of the Irrevocable Bond Assignment is attached hereto to be made a part hereof and incorporated herein as Exhibit "D".

4. On January 26, 2001, pursuant to a negotiated Plea of Guilty, this Court sentenced the defendant to a term of imprisonment, permitting him 60 days in which to surrender once designated to an institution for service of his sentence. As a result, the defendant was scheduled to surrender on March 27, 2001 to begin serving his sentence. On March 26, 2001 the defendant filed his Emergency Motion for Extension of Time to Surrender, requesting an additional two weeks in which to surrender to the Federal Correctional Institution- Coleman.

5. On March 26, 2001, this Honorable Court granted Defendant's Emergency Motion for Extension of Time to Surrender in this cause and extended defendant's surrender date to April 11, 2001 at noon.

6. Counsel has been advised that the defendant has surrendered himself to the Federal Correctional Institution-Coleman for service of his sentence. Accordingly, it appears that all of the conditions of bond hereto forth set in this cause have been fulfilled.

7. Undersigned counsel has discussed this mater AUSA Larry Bardfeld, who has authorized counsel to advise this Court that the Government has no objection to the relief sought herein.

WHEREFORE, based on the above and foregoing, the Defendant, respectfully requests this Honorable Court to enter its Order exonerating and discharging all bonds posted on behalf of the defendant, specifically, releasing the $5,000 deposited with the Clerk of Court to Adam B. Swickle, Esquire at 110 East Broward Boulevard, Suite 680, Fort Lauderdale, Florida 33301.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following on this 18th day of April, 2001 to Larry Bardfield, Esquire, U.S. Attorney's Office, 500 East Broward Blvd, 8th Floor, Fort Lauderdale, Florida 33394.

ADAM B. SWICKLE
Attorney for Defendant
SWICKLE, THOMAS & ROSENBLUM, P.A.
110 E. Broward Blvd, Suite 680
Ft. Lauderdale, Florida 33301
(954) 524-6662
Florida Bar No: 0062979

**EXHIBIT "A"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

John Palmer
    Defendant,

_____/

APPEARANCE BOND: _____

CASE NO.: 00-4010-BSS

I, the undersigned defendant and I or we, the undersigned sureties jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America, the sum of

$ _50,000_  _10% Personal Surety Cash Bond_

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: Monroe, Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.

3. May not change his or her present address as recorded on this bond without prior permission in writing from the court. The defendant's present address is:

_____

_____

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5. Shall not commit any act in violation of state or federal law.

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

SD/FM-2
REV. 7/90

DEFENDANT:
CASE NUMBER: __00-4010-___

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with those special conditions checked below:

X a. Surrender all passports and travel documents to the Pretrial Services Office of the Court. _surrender_
   _passport b/t_
X b. Report to Pretrial Services as follows: __as directed__
   1x wk in person 2x weekly by phone
X c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
   prohibited by law. **Treatment as deemed necessary.**
___ d. Maintain or actively seek full-time gainful employment. (Not applicable)
___ e. Maintain or begin an educational program.
___ f. Avoid all contact with victims of or witnesses to the crimes charged.
X g. Refrain from possessing a firearm, destructive device, or other dangerous weapon. — must report
   or sell any
___ h. Comply with the following curfew: __weekly__
X i. Comply with the following additional special conditions of this bond: __Travel ____
   **Reside at current address, no illegal drugs or excessive alcohol**
   No internet use. Mental Health Eval.
   Contact of children must be supervised

### PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. 401 which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do do.

It is a criminal offense under 18 U.S.C. 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for;

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

DEFENDANT: _____
CASE NUMBER: __00-4010-BSS__

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgement may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of three (3) pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this __26__ day of __January__ __2000__, Ft. Lauderdale, Florida.

Signed and acknowledged before me:

WITNESS: _____  DEFENDANT: (Signature) _____
ADDRESS: _____  ADDRESS: __1520 S. Ocean Blvd__
_____ ZIP: _____  __Pompano Bch__ ZIP __33062__
TELEPHONE: __954 943 9317__

### CORPORATE SURETY

Signed this _____ day of _____, 19 ___, at _____, Florida.
SURETY: _____  AGENT: (Signature) _____
ADDRESS: _____  PRINT NAME: _____
_____ ZIP: _____  TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this _____ day of _____, 19 ___, at _____, Florida.
SURETY: (Signature) _____  SURETY: (Signature) _____
PRINT NAME: _____  PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____  RELATIONSHIP TO DEFENDANT: _____
ADDRESS: _____  ADDRESS: _____
TELEPHONE: _____  TELEPHONE: _____

### APPROVAL BY COURT

Date: __1-26-00__

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
WHITE to Court file
BLUE to defendant
GREEN to Assistant U.S. Attorney
YELLOW to Counsel
PINK to U.S. Marshal
GOLD to Pretrial Services

— 3 —

**EXHIBIT "B"**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,
   Plaintiff,
v.

John Palmer
Defendant,
_____/

APPEARANCE BOND: _____
CASE NO.: 00-4010-BSS

I, the undersigned defendant and I or we, the undersigned sureties jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America, the sum of $ _____ Corporate Surety Bond

### STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: Monroe, Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.

3. May not change his or her present address as recorded on this bond without prior permission in writing from the court. The defendant's present address is:

_____
_____

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5. Shall not commit any act in violation of state or federal law.

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

SD/FM-2
REV. 7/90

DEFENDANT:
CASE NUMBER: 00-4010-BSS

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with those special conditions checked below:

- \_\_ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.
- \_\_ b. Report to Pretrial Services as follows: _____
- \_\_ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
- \_\_ d. Maintain or actively seek full-time gainful employment.
- \_\_ e. Maintain or begin an educational program.
- \_\_ f. Avoid all contact with victims of or witnesses to the crimes charged.
- \_\_ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
- \_\_ h. Comply with the following curfew: _____
- \_\_ i. Comply with the following additional special conditions of this bond: _____
  same conds as on ~~Personal~~ ~~~~ 10% Cash Bond

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. 401 which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

DEFENDANT: _____

CASE NUMBER: 00-4010-BSS

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgement may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of three (3) pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this ___ day of January, 19 2000, at Ft. Lauderdale, Florida.

Signed and acknowledged before me:

WITNESS: _____    DEFENDANT: (Signature) _____

ADDRESS: _____    ADDRESS: _____

_____ ZIP _____    _____ ZIP _____

TELEPHONE: _____

### CORPORATE SURETY

Signed his ___ day of _____, 19 ___, at _____, Florida.

SURETY: _____    AGENT: (Signature) _____

ADDRESS: _____    PRINT NAME: _____

_____ ZIP _____    TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this ___ day of _____, 19 ___, at _____, Florida.

SURETY: (Signature) _____    SURETY: (Signature) _____

PRINT NAME: _____    PRINT NAME: _____

RELATIONSHIP                  RELATIONSHIP
  TO DEFENDANT: _____    TO DEFENDANT: _____

ADDRESS: _____    ADDRESS: _____

TELEPHONE: _____    TELEPHONE: _____

### APPROVAL BY COURT

Date: _____    _____
                         UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

**EXHIBIT "C"**

| POWER AMOUNT | **American Surety Company** | AS25 **803342** |
|---|---|---|
| $25,000 | d/b/a American Underwriters Surety Company<br>P.O. Box 58932, Indianapolis, IN 46268 | |
| | **CERTIFICATE OF DISCHARGE BOND** | |

This is to certify that on or about the _____ day of _____, I examined the records of _____ Court and found that the bond with corresponding power number above has been discharged of record by reason of the following disposition: ☐ Pled Guilty ☐ Found Guilty ☐ Case Dismissed
☐ Forfeiture Paid ☐ Other _____
Date of Discharge _____ Person rendering decision _____
Witness my hand and official seal this _____ day _____
of _____

Clerk of Court _____
Bond Executed this _____ day of __26__ _____ Jan 2000

Bond Amount $ __25000—__ Appearance Date __To be set__ Premium $ _____ Attorney _____
Defendant: __JOHN PALMER__ Address _____
Court __FED__ Case # __00-4010-B55__ State _____
County __BROWARD__ City __Ft Laud__ St __FL__ Zip _____ If Rewrite Original
Offense __00-4010-B55__ _____ Original No. _____ Amount _____
 Collateral (Circle
 Indemnitor - One) Describe _____
Executing Agent _____ Date of Birth _____ Soc. Sec. # _____

**EXHIBIT "D"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
CASE NO.: 00-6034-CR-ROETTGER

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JOHN PALMER,
    Defendant,

### IRREVOCABLE BOND ASSIGNMENT

KNOW ALL MEN BY THESE PRESENTS THAT I, BERNADETTE PALMER, DO HEREBY ASSIGN to Adam B. Swickle, Esquire, all my right, title and interest in the cash bond heretofore posted and being held by the Clerk of the United States District Court, Southern District of Florida, which has been deposited with the Clerk on or about January 26, 2000, in the above referenced case, in the amount of $5000.00.

I HEREBY IRREVOCABLY AUTHORIZE the assignee, Adam B. Swickle, Esquire, to take physical possession of all funds, plus any interest accrued on the cash bond heretofore posted, immediately upon release of said funds by the Clerk.

_____
Bernadette Palmer

STATE OF FLORIDA
COUNTY OF BROWARD

THE FOREGOING instrument was acknowledged before me this 8th day of February, 2000 by BERNADETTE PALMER, who produced identification FLDL  P 456-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

_____
My Commission Expires:    NOTARY PUBLIC/STATE OF FLORIDA



Patricia Ann Moore
My Commission CC738892
Expires June 14, 2002