UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
Case No. : 00-6034-CR-ROETTGER

FILED by _____ D.C.
MAY 1 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JOHN PALMER,
    Defendant,
_____/

## ORDER ON DEFENDANT PALMER'S MOTION FOR RETURN OF BOND AND FOR RELEASE OF COLLATERAL

THIS CAUSE having come before this Court upon the Defendant, John Palmer's, Motion for Return of Bond and for Release of Collateral. Upon consideration of the record in this cause, and the Court being otherwise duly advised in the premises, it is thereupon

ORDERED AND ADJUDGED that the Defendant, John Palmer's Unopposed Motion for Return of Bond and for Release of Collateral is **GRANTED**. The bonds posted on behalf of John Palmer in this case are hereby discharged. The Clerk of Court is directed to refund the cash bond deposited in the amount of $5,000, plus any interest accrued, to the defendant's attorney of record Adam B. Swickle, Esquire (Social Security Number 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), 110 East Broward Blvd, Suite 680, Fort Lauderdale, Florida 33301, forthwith.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this _14_ day of April, 2001.

_____
HONORABLE NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc:  Larry Bardfeld, Esquire
     Adams B. Swickle, Esquire
     Clerk of Court