1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    )
                             )
         Plaintiff,          )
                             )
vs.                          )
                             )
JOHN PALMER,                 )    CASE NUMBER:
                             )    00-6034-CR-NCR
                             )
         Defendant.          )
                             )

REC'D by ___ D.C.
JAN 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Transcript of sentencing proceedings before the Honorable Norman C. Roettger, United States District Judge, at Fort Lauderdale, Florida, on the 26th day of Janaury, 2001.

APPEARANCES OF COUNSEL:

  For the United States:       LARRY BARDFELD, AUSA
                               Fort Lauderdale, Florida

  For the Defendant:           ADAM SWICKLE, ESQ.
                               Fort Lauderdale, Florida

  Court Reporter:              Jerald J. Reeves, RPR

  Proceedings recorded by mechanical stenography.

  Transcription produced by computer.

OFFICIAL REPORTER UNITED STATES DISTRICT COURT

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE