AO 243 (Rev. 5/85)   MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

02-60122

CIV-ROETTIGER
MAGISTRATE
SORRENTINO

| United States District Court | District Southern District of Florida |
|---|---|
| Name of Movant: John Palmer | Prisoner No. 55169-004 | Case No. 00cr6034 NCR |
| Place of Confinement: FCI Coleman, Coleman Low Security, Coleman, Florida | | |

UNITED STATES OF AMERICA         V.
                                          (name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack _____
   United States District Court- Southern District Of Florida

2. Date of judgment of conviction  January 26, 2001

3. Length of sentence  37 Months

4. Nature of offense involved (all counts) ~~Wire Fraud~~ 18 USC 2422(B)

5. What was your plea? (Check one)
   (a) Not guilty       ☐
   (b) Guilty           ☒
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury         ☐
   (b) Judge only   ☒

7. Did you testify at the trial?
   Yes ☒ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

cat / div. BROWARD
Case # 0:02CV60122
Judge ___ Mag C#S
Motn Ifp ___ Fee pd $ ___
Receipt # ___

(2)

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court _____

      (2) Nature of proceeding _____

      (3) Grounds raised _____

_____

_____

_____

_____

_____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

      (5) Result _____

      (6) Date of result _____

   (b) As to any second petition, application or motion give the same information:

      (1) Name of court _____

      (2) Nature of proceeding _____

      (3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result_____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☐ No ☒
(2) Second petition, etc.       Yes ☐ No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

After a grandiose presentation from Attorney Swickle on how we would have computor experts and F.B.I. Polygraph, and private polygraph, and how he has'nt lost a case in three years. My wife and I begged and borrowed all we could to pay the ($25,000.00) fee he received as required. This included taking the watch off my wrist, to retain him. Months later, he says that I must plead "Guilty". To avoid a long prison term. And take probable six months, plus, probation. Later, to be told; It was his very first appearance in Federal Court. He further stated that it would cost me an additional large sum for an appeal process.

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __Ineffective Assistance Of Counsel__

Supporting FACTS (state *briefly* without citing cases or law)
Attorney Swickle was not prepared for inquirys of the court that would affect downward departure. Example: He did'nt offer proof that taxes paid for years in Virgin Islands does not get to continental U.S. Also, a witness who could fully explain the circumstances.

B. Ground two: __Medical Circumstances__

Supporting FACTS (state *briefly* without citing cases or law):
I am in a wheelchair every waking minute as pain is chronic in my back and hip. At home, I had traction in my bedroom. As well as access to Emory Clinic Pain Management, and nerve block shots. As well as outside Physical Therapy treatments. Now, my seventy year aged frame is racked with arthritis.

C. Ground three: __Sentencing__

Supporting FACTS (state *briefly* without citing cases or law):
Because of my physical infirmity and seventy years of age. "Home Confinement" could serve the governments intent. And certainly be a lot less expensive. And I could obtain the medical and psychological treatments I need. That are not available in prison.

(5)

D. Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

They were presented. But medical history was not offered to the court. And medical witnesses by my Attorney. Also, income tax procedures in Virgin Islands was not offered. Also, a witness who could throw light on my actions was not offered.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing __Adam Swickle, Esquire__

__100 E. Broward, Fort Lauderdale, Florida__

(b) At arraignment and plea __Same__

(c) At trial __Same__

(d) At sentencing __Same__

(6)

(e) On appeal _____

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

   (b) Give date and length of the above sentence: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

January 23, 2002
     (date)

_____
Signature of Movant