

JOHN PALMER,

        Movant,

v.

UNITED STATES OF AMERICA,

        Respondent.
_____/

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No.:02-60122-CIV-ROETTGER

<u>**ORDER ON REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE**</u>

00-6034-CR-NCR

**THIS CAUSE** is before the Court upon the Report and Recommendation prepared by United States Magistrate Judge Charlene S. Sorrentino who recommends denying the instant 2255 motion filed <u>pro se</u>. Movant filed objections on July 9, 2002. Upon consideration of the Report, movant's objections thereto and the entire record herein, it is

**ORDERED AND ADJUDGED** that the Court adopts the Report and Recommendation prepared by Magistrate Judge Sorrentino. Movant's motion to vacate, set aside, or correct sentence pursuant to Title 28, United States Code, §2255 is hereby **DENIED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk of the Court is directed to close the civil case file accordingly and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** this __10th__ day of __July__, 2002.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: Magistrate Judge Sorrentino
    John Palmer
    counsel of record

