```
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF FLORIDA
```

UNITED STATES OF AMERICA,            CASE NO: 00-6034-CR-GOLD

        Plaintiff,

VS.

JOHN PALMER,

        Defendant(s).

_____/

FILED by ___ D.C.
FEB 02 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER DIRECTING THE GOVERNMENT & U.S. PROBATION OFFICER TO FILE A RESPONSE TO DEFENDANT'S MOTION

      This matter came before the Court pursuant to the defendant's motion to modify conditions of supervised release, filed January 20, 2005, it is hereby

      **ORDERED AND ADJUDGED** that on or before **February 28, 2005**, the Government and U.S. Probation Officer shall file a response to the defendant's motion referenced herein.

      **DONE AND ORDERED** at Miami, Florida, this ____2____ day of February, 2005.

                                              UNITED STATES DISTRICT JUDGE
                                              ALAN S. GOLD

cc:     AUSA Laurence M. Bardfeld, Esquire (via interoffice mail)

        Maury Halperin, Esquire
        Fax: 954.767.0213

        U.S. Probation Officer Anthony F. Gagliardi (Ft. Lauderdale Division)
        (via interoffice mail)

