UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6034-CR-GOLD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN PALMER,

    Defendant.
_____

### MOTION TO STAY CONDITIONS OF SUPERVISED RELEASE PENDING COURT RULING

The defendant, John Palmer, by and through the undersigned counsel, moves this Honorable Court to stay special condition 4 of supervised release, and as grounds would state the following:

1. The defendant was charged in Count I with an attempt to entice an individual under eighteen years of age to engage in a sexual act for which any person can be charged with a criminal offense and in Count II with possession of a computer containing three or more images of child pornography.

2. The defendant entered a guilty plea to Count I and the government dismissed count II.

3. On 1/26/2001, the defendant was sentenced to thirty seven months incarceration followed by three years of supervised release.

4. Special condition 4 of supervised release requires the defendant to "participate in sex offender treatment to include psychological testing if deemed necessary".

5. On January 20, 2005, the defendant, by and through undersigned counsel, filed a motion to modify conditions of supervised release.

6. On February 2, 2005, this Honorable Court ordered the Government and U.S. Probation Officer to respond to defendant's motion by February 28, 2005.

7. As a result of his recent lung cancer surgery, Mr. Palmer suffers a great deal of pain from prolonged standing or sitting. The group sex therapy sessions last some ninety minutes, causing severe physical pain to Mr. Palmer. A copy of a letter from Paul A. Rodriguez, D.O., who is presently treating Mr. Palmer, is attached herein.

8. Because Mr. Palmer is required by his Probation Officer to attend meetings while his motion is pending, and in light of Dr. Rodriguez's ordered therapy, the defendant respectfully requests this Honorable Court to stay compliance with special condition 4 while the Government and Probation respond to his motion and until the Court has had a chance to rule on the motion.

I HEREBY CERTIFY that a copy of the foregoing was mailed to Lawrence Bardfeld, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida, 33394, to Anthony F. Gagliardi, United States Probation Officer, 299 E. Broward Boulevard, Room 409, Fort Lauderdale, Fl 33301, and to Patricia Brinson, United States Probation Officer, 6100 Hollywood Boulevard, Suite 501, Hollywood, Fl 33024-7938, this 4th day of February, 2005.

_____
Maury Halperin, Esq.
Attorney for the Defendant
Fla. Bar No. 539252
1326 S.E. 3rd Avenue
Ft. Lauderdale, Fl 33316
(954) 763-7474
Fax No.: (954) 767-0213



# FLORIDA ATLANTIC CENTRE
# FOR PAIN MANAGEMENT

1960 N.E. 47th Street • 2nd Floor
Fort Lauderdale • Florida • 33308
Office: 954-202-6620 • Fax: 954-267-0621
faoffice@bellsouth.net

**Pain Specialists:**

Fernando Miranda, M.D.
*Diplomate American
  Board of Anesthesiology

Paul Rodriguez, D.O.
*Diplomate American
  Board of Anesthesiology

**Office Manager:**

Edward Kelly

January 12, 2005

To Whom It May Concern,

Re: John Palmer

This is to inform you that this patient should be excused from standing, sitting or any physical activity that requires a long period of time. He is status post right lungectomy for carcinoma and has begun his recovery period. The surgery was of a mediastinal nature and the pain can commonly prevail up to one year. I am ordering him to stay on his breathing exercise therapy for the next two months.

Thank you,

Paul A. Rodriguez, D.O
Pain management specialist/Anesthesiologist