UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO: 00-6034-CR-GOLD

          Plaintiff,

VS.

JOHN PALMER,

          Defendant(s).

_____/

FILED by ___ D.C.
FEB 1 1 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER SETTING TELEPHONIC MOTION HEARING

    This matter came before the Court pursuant to the defendant's motion to stay conditions of supervised release pending court ruling on defendant's motion to modify conditions of supervised release, filed February 7, 2005, it is hereby

    **ORDERED AND ADJUDGED** that the defendant's motion to stay conditions of supervised release is hereby set for <u>telephonic hearing</u> before the undersigned **Wednesday, February 23, 2005 at 8:45 a.m.**

    <u>Since the Court will initiate the telephone conference, parties are instructed to be at their respective office or provide the Court, twenty-four (24) hours prior to the hearing date, a telephone number where counsel may be reached on the date and time set forth above.</u>

    **DONE AND ORDERED** at Miami, Florida, this _____11_____ day of February, 2005.

                                            _____
                                            UNITED STATES DISTRICT JUDGE
                                            ALAN S. GOLD

cc:    AUSA Laurence M. Bardfeld, Esquire
       Fax: 954.356.7336

       Maury Halperin, Esquire
       Fax: 954.767.0213

