UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

          Plaintiff,

VS.

JOHN PALMER,

          Defendant(s).

_____/

CASE NO: 00-6034-CR-GOLD

FILED by _____ D.C.

FEB 15 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER RESETTING TELEPHONIC MOTION HEARING

This matter came before the Court pursuant to the Government's *ore tenus* request to continue a telephonic hearing presently set for February 23, 2005, pursuant to defendant's motion to stay conditions of supervised release, it is hereby

**ORDERED AND ADJUDGED** that the telephonic hearing presently set before the undersigned for Wednesday, February 23, 2005 at 8:45 a.m., is hereby continued to **Thursday, February 24, 2005 at 8:45 a.m.**

Since the Court will initiate the telephone conference, parties are instructed to be at their respective office or provide the Court, twenty-four (24) hours prior to the hearing date, a telephone number where counsel may be reached on the date and time set forth above.

**DONE AND ORDERED** at Miami, Florida, this _____ 15 _____ day of February, 2005.

UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:    AUSA Laurence M. Bardfeld, Esquire
       Fax: 954.356.7336

       Maury Halperin, Esquire
       Fax: 954.767.0213