# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

JUDGE ALAN S. GOLD            COURTROOM 10 - TENTH FLOOR

  

FILED by ___ D.C.
FEB 24 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| 24 Feb 2005 8:45 AM | 9:00 AM | | TELEPHONIC HEARING PURSUANT TO THE DEFT'S MOTION TO STAY CONDITIONS OF SUPERVISED RELEASE PENDING COURT RULING, FILED 2/7/05 |

00-6034-CR GOLD

U.S.A.    AUSA Laurence M Bardfeld
        954.356.7255 X3611
VS

JOHN PALMER (B)
    Maury Halperin, Esquire
    954.763.7474

NO INTERPRETER REQUIRED

USPO: Anthony F Gagliardi 954.769.5510

NOTE: Court is to initiate call.

- MOTION HEARING HELD PURSUANT TO DEFT'S MOTION TO STAY.
- MOTION IS DENIED.
- ORDER TO FOLLOW.