UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

           Plaintiff,

VS.

JOHN PALMER,

           Defendant(s).

_____/

CASE NO: 00-6034-CR-GOLD

FILED by ___ D.C.

FEB 25 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER DENYING MOTION TO STAY CONDITIONS

This matter came for hearing pursuant to this Court's order setting motion hearing for February 24, 2005 pursuant to defendant's motion to stay conditions of supervised release, filed February 17, 2005.   Based on the matters presented by counsel and the U.S. Probation Officer, it is hereby

**ORDERED AND ADJUDGED** that the defendant's motion to stay conditions of supervised release **[DE #56]** is hereby **denied**.  The Court, by separate order, will set a telephonic hearing pursuant to the defendant's motion to modify conditions of supervised release [DE #53] the week of February 28, 2005.

**DONE AND ORDERED** at Miami, Florida, this _____ 25 _____ day of February, 2005.

UNITED  STATES DISTRICT JUDGE
ALAN S. GOLD

cc:    AUSA Laurence M. Bardfeld, Esquire
       Fax: 954.356.7336

       Maury Halperin, Esquire
       Fax: 954.767.0213

       Anthony F. Gagliardi, U.S. Probation Officer (Ft. Lauderdale Division)

