UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO: 00-6034-CR-GOLD

            Plaintiff,

VS.

JOHN PALMER,

            Defendant(s).

_____/

**FILED by ___ D.C.**

**MAR 04 2005**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER SETTING TELEPHONIC MOTION HEARING

       This matter came before the Court pursuant to the defendant's motion to modify conditions of supervised release, filed January 20, 2005.

       On February 2, 2005, the Court issued an order directing the Government and U.S. Probation Officer to file a response to the defendant's motion, referenced herein, by February 28, 2005. Both parties have filed their respective response to the instant motion. Accordingly, it is hereby

       **ORDERED AND ADJUDGED** that a telephonic motion hearing is hereby set before the undersigned for **Friday, March 18, 2005 at 9:00 a.m.**

       Since the Court will initiate the telephone conference, parties are instructed to be at their respective office or provide the Court, twenty-four (24) hours prior to the hearing date, a telephone number where counsel may be reached on the date and time set forth above.

       **DONE AND ORDERED** at Miami, Florida, this _____4_____ day of March, 2005.

UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:    AUSA Laurence M. Bardfeld, Esquire
       Fax: 954.356.7336

       Maury Halperin, Esquire
       Fax: 954.767.0213

       Anthony F. Gagliardi, U.S. Probation Officer (Ft Lauderdale Division)