UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6034-CR-GOLD

UNITED STATES OF AMERICA )
)
v. )
)
JOHN PALMER )
)
_____)

NOTICE OF FILING

The United States of America, by and through undersigned counsel, hereby files gives notice of filing the attached letter from Dr. Lori Butts concerning Defendant JOHN PALMER's treatment.

Respectfully submitted,

MARCOS D. JIMENEZ
UNITED STATES ATTORNEY

By: _____
LAURENCE M. BARDFELD
Assistant U.S. Attorney
500 East Froward Blvd., #700
Ft. Lauderdale, Florida  33394
(954) 356-7255, Fax: 356-7228
Fla. Bar No. 712450

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/sent via facsimile this 15th day of March, 2005, to: Maury Halperin, Esquire, 1326 SE 3rd Avenue, Fort Lauderdale, FL 33316.

_____
LAURENCE M. BARDFELD
ASSISTANT U.S. ATTORNEY

# CLINICAL & FORENSIC INSTITUTE, INC.

Jo... A. Spencer, Ph.D.  
Clinical Director  
LICENSE: # PY0003204

**R.E.A.C.H.**  
Responsibility through Effort, Awareness, self-Criticism, & Honesty

Lori J. Butts, J.D., Ph.D.  
Treatment Director  
LICENSE: # PY0006490

February 28, 2005

To:  Ms. Patricia Brinson, LCSW  
United States Probation Officer  
United States District Court Southern District of Florida  
6100 Hollywood Boulevard  
Suite 501  
Hollywood, Florida 33024-7938

Client:        John Palmer  
PACTS#:     62572  
Re:            **Unsuccessful Completion of Treatment**

Dear Ms. Brinson:

This purpose of this letter is to inform you that Mr. John Palmer has been terminated from the REACH program, effective immediately. The reason for his termination is failure to comply with treatment rules and regulations. Mr. Palmer has demonstrated virtually no insight or acknowledgement of his responsibility to engage in treatment. Mr. Palmer has failed to comply with the treatment directives of REACH staff. Mr. Palmer has failed to participate in any of his group therapy sessions. Moreover, during the course of his treatment sessions, Mr. Palmer displays oppositional nonverbal behaviors such as sighing and rolling his eyes. This behavior is disruptive to the group therapy process and impacts other clients who utilize the therapy sessions appropriately. Despite medical authorization clearing him to attend treatment, Mr. Palmer stated that he should not be in treatment for medical reasons and he winces during the sessions when the therapist's gaze is near Mr. Palmer. When Mr. Palmer is aware that he is being observed, he walks with a slow shuffle. However, when Mr. Palmer believes that he is not being observed, his gait and posture appear steady, quick, and upright. When Mr. Palmer cancelled his individual treatment planning session he claimed that he did not know that he was required to reschedule the session. When the session was rescheduled, Mr. Palmer refused to sign the treatment plan, stating that many treatment objectives were not applicable to him because he did not have deviant sexual interests in committing his offense. When confronted with facts from his offense, which clearly indicate inappropriate sexual behavior, Mr. Palmer continued to deny any sexual intent.

49... S. University Drive, Suite 301-East  
D... E, Florida 33328  
PH (954) 434-8006 • FAX (954) 434-0147

3767 Lake Worth Road, Suite 100  
Lake Worth, Florida 33461  
PH (561) 968-1212 • FAX (561) 968-1202

Apparently, Mr. Palmer demonstrated similar behavior when he was involved in previous sex offender treatment. Interestingly, an evaluator who was privately retained by Mr. Palmer also stated that Mr. Palmer may have "unconscious thoughts of a sexual nature involving minors". Mr. Palmer's offense behavior unequivocally demonstrates deviant sexual interests in minors. Sexual offender specific treatment is clearly indicated and Mr. Palmer should be required to address his deviant thoughts and behaviors to reduce the risk of reoffense. However, at this time Mr. Palmer's oppositional behavior and his demonstrable lack of involvement and resistance in treatment warrants this termination from treatment.

Thank you for your attention to this matter. Please do not hesitate to contact me if you have questions concerning this case.

Sincerely,

Lori Butts, JD, PhD
Treatment Director