# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

JUDGE ALAN S. GOLD                                          COURTROOM 10, TENTH FLOOR

   

FILED by ___ D.C.
MAR 18 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| 18 Mar 2005 9:00 AM | 9:30 AM | | TELEPHONIC HEARING PURSUANT TO THE DEFT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE, DE 53 |

00-6034-CR GOLD

U.S.A.     AUSA Laurence M Bardfeld
           954.356.7255 X3611
VS

JOHN PALMER (B)
    Maury Halperin, Esquire
    954.763.7474
    561.338.7079 home

NO INTERPRETER REQUIRED

USPO: Anthony F Gagliardi  954.769.5510

NOTE: Court is to initiate call.

- MOTION HEARING HELD.
- DEFT'S MOTION TO MODIFY CONDITIONS IS DENIED AS MOOT.
- ORDER TO FOLLOW.