UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO: 00-6034-CR-GOLD

   Plaintiff,

VS.

JOHN PALMER,

   Defendant(s).
_____/

FILED by ___ D.C.
MAR 21 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER DENYING DEFENDANT'S MOTION AS MOOT

  This matter came before the Court pursuant to the defendant's motion to modify conditions of supervised release, filed January 20, 2005.

  On March 4, 2005, the Court conducted a telephonic motion hearing pursuant to the defendant's motion referenced herein. Based on the matters presented and the argument of counsel, it is hereby

  **ORDERED AND ADJUDGED** that the defendant's motion to modify conditions of supervised release is hereby **denied as moot** for the reasons set forth of record at the hearing.

  **DONE AND ORDERED** at Miami, Florida, this ____21____ day of March, 2005.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc: AUSA Laurence M. Bardfeld, Esquire (via interoffice mail)

  Maury Halperin, Esquire
  Fax: 954.767.0213

  U.S. Probation Officer Anthony F. Gagliardi (Ft. Lauderdale Division)
  (via interoffice mail)